UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| No. | 2:19-cv-06102-ODW (GJSx) | Date | December 23, 2019 |
| Title | *Brian Matian et al v. Jaguar Land Rover North America, LLC.* | | |

| | | |
|---|---|---|
| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings:** **In Chambers**

Pursuant to Federal Rule of Civil Procedure 41(a) and the Stipulation of Dismissal filed by Plaintiffs, on the one hand; and Defendants, on the other hand (collectively, the "Parties") (ECF Nos. 15, 17),

**IT IS HEREBY ORDERED** that:

1. The Parties' Stipulation of Dismissal shall be, and hereby is, GRANTED. All of Plaintiff's claims against Defendants in this action are dismissed **WITH PREJUDICE**;

2. All dates and deadlines in this action are **VACATED** and taken off calendar;

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

: 00

Initials of Preparer SE